UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF NEW HAMPSHIRE


**United States of America**

   **v.**                                       Case No. 07-cr-114-PB

**Andrew Innes**


                    **O R D E R**

    The defendant, through counsel, has moved to continue the July 10, 2007 trial in the above case, citing the need for additional time to engage in plea negotiations.  The government does not object to a continuance of the trial date.

    Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court will continue the trial from July 10, 2007 to September 5, 2007.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The June 25, 2007 final pretrial conference is continued to August 28, 2007 at 3:45 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

June 25, 2007

cc: Ray Raimo, Esq.
    Robert Veiga, Esq.
    United States Probation
    United States Marshal